# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SARAH M. KAVIANPOUR, MD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action File No.: |
| | : | 1:20-cv-00152-MLB-RGV |
| | : | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## SECOND NOTICE OF DEPOSITION OF SUSAN NORTON

PLEASE TAKE NOTICE that plaintiff, Sarah M. Kavianpour, M.D., shall take the deposition of Susan Norton on March 17, 2022, at 9:00 a.m. CDT, 10:00 a.m. EST. The deposition will be taken as a Zoom video by a certified court reporter, upon oral examination of deponent pursuant to Federal Rules of Civil Procedure 30, for the purpose of discovery, preservation of testimony, and for all purposes allowed by law. The deposition will be taken before an officer duly authorized by law to take depositions. The deposition will be taken by stenographic means and video and will continue from day to day until its completion. You may attend and examine.

Respectfully submitted this 16th day of March, 2022.

1

|  |  |
|---|---|
|  | **BUCKLEY BEAL, LLP** |
|  | *s/ Anita K. Balasubramanian* |
|  | Edward D. Buckley |
|  | Georgia Bar No. 092750 |
|  | edbuckley@buckleybeal.com |
|  | Anita K. Balasubramanian |
|  | Georgia Bar No.: 372029 |
|  | abala@buckleybeal.com |
| 600 Peachtree Street, Suite 3900 |  |
| Atlanta, GA  30308 |  |
| Telephone: (404) 781-1100 |  |
| Facsimile:  (404) 781-1101 |  |
|  | **LAW OFFICE OF JOHN P. BATSON** |
|  | John P. Batson |
|  | Georgia Bar No. 042150 |
|  | jpbatson@aol.com |
| Post Office Box 3248 |  |
| Augusta, GA 30914-3248 |  |
| Telephone: (706) 737-4040 |  |
|  | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SARAH M. KAVIANPOUR, MD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action File No.: |
| | : | 1:20-cv-00152-MLB-RGV |
| | : | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA et al., | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022, **Plaintiff's Second Notice of Deposition of Susan Norton** was filed with the Clerk of Court using the CM/ECF system, which automatically will send email notification and access to an electronic copy of the filing to:

Bryan K. Webb (bwebb@law.ga.gov)
Ryan A. Kolb (rkolb@law.ga.gov)
Robert C. Threlkeld (rthrelkeld@mmmlaw.com)
Elliott L. Coward (ecoward@mmmlaw.com)

BUCKLEY BEAL, LLP

By: */s/ Anita K. Balasubramanian*
Anita K. Balasubramanian
Georgia Bar No. 372029

3