John Lott Text Messages

A.1
cfs
7/25/2019

Notes:

| Ref | Date | Time | Note |
|---|---|---|---|
| A.1. P 1 OF 4 | 2-Jul | 2:32 PM | John Lott wants to have team call me after the Kavianpour interview with how terrible "it" was |
| A.1. P 1 OF 4 | 2-Jul | 8:20 PM | Dr. Lefebrve is mad with me and John because he is not responsive to her communications and staring an investigation |
| A.1. P 12 OF 4 | 2-Jul | 8:20 PM | John Lott expresses his first conclusion about what AU did to Dr. Kavianpour. |
| A.1. P 2 OF 45 | 3-Jul | 11:13 AM | Wants me to tell Russell Keen about the wrongdoing of HR |
| A.1. P 3 OF 4 | 3-Jul | 5:43 PM | I ask John to interview more managers, departments, etc, |
| A.1. P 3 OF 4 | 11-Jul | 11:12 AM | I urge John to get busy on the DCG Extramural Affairs investigation |
| A.1. P 3 OF 4 | 12-Jul | 8:15 AM | I shared I had received the concern letter from Debra, we talked by phone. He didn't need to see it because he predicted it would say he was accusatory. He said that's what happens when the pressure builds on the guilty party, they get defensive and retailiatory. |
| A.1. P 3 OF 4 | 15-Jul | 7:43 PM | Ask John Lott to come by my office the following day. |



PLAINTIFF'S EXHIBIT
53
10-18-21 Arnold

Message with +1 (424) ███-████
7/2/19, 2:██ PM

> Prolly going to join chris by phone. I have a USG Skype meeting staring now. We'll get together with Chris soon. If you can get in with him without me please do.

Where is it?

Can you speak right now. I'm with the team right now. We need to speak to you

> Call my work phone. 15632

█/██/██, █:██ PM

> Chris Melcher gave us 👍

7/██/██, █:██ PM

Good

> Need to respond to Dr Lefebvre ASAP. I hate that she feels it necessary to involve the Provost but other than my assignment, it seems there's been no communication from our office. Is someone assigned?

The analysis is worse than we thought. We have not found a policy that allows us to do what we did. Without that policy everything that happened after the fact is likely irrelevant.

DCG: I responded. This is likely a legal matter that will require a cease and desist.

This would be a contractual issue that could lead to a licensing, and improper enrichment issue. Does DCG fall under Chris Melcher's territory?

> What were you referring to in the msg about finding a policy?

> Drug testing?

Drug testing. The policy that was quoted doesn't allow for what transpired.

> You on the road tomorrow?

Think I'm going to delay it. We have work to get

done. I want to address the DCG issue.

> What about your family?

I'm a work first kind of person. They understand me. Compliance doesn't really take that much time off. I just need to know if the DCG issue falls under Melcher or Spreese. I can follow up with them and close it out by Friday with recommendations.

> Its Melcher. It might be hard to contact the faculty you need.

The big issue is the contract between them and the university. Without a contract they can't use the name of the university for marketing of the simulator.

> The policy cited in the golf coach cash might apply. Use of university assets for personal gain.

> Cash = case

> It's a USG code of conduct

Okay. I will inquire to the team and Melcher about it.

19, 11:13

I think we need to set up a meeting with Russell. Just the two of us with Russell.

> What's the agenda. I'm available by phone 15632

> Is 1:25 in my office ok?

> You can bring someone with you for experience and support

Sounds good.

7/3/19, 5:43 PM

> After our discussion today with Debra Arnold, she called and asked what's an appropriate to give Susan Norton a heads up which I agreed to. Subsequently she texted me and let me know that both Chris Melcher and Greg Bryan assisted them with the matter and also alluded to the fact that Clark Speese may have been involved as well. Contact legal first before you discuss with the department or graduate medical education to

> understand their basis for their opinion and guidance given to HR and management.

I definitely will

> 7/../10 ....PM
> Did you get the box invite. The training stuff from last Fall is in there as well a bunch of other stuff

Yes, I got it.

For some reason it would go to the very end of the process and then not give me full access. Then again, I'm trying on my phone

> ...... 5:6. PM
> Off campus requires mfa

> ..... 9:43 ...
> Michelle sent Debra Arnold email for drug test data. Are you ok with emails now?

Did it mention Dr. K? I'm just finishing rounds at the hospital with Timothy Gaillard and Julie Moritz

I will talk to her tomorrow and reiterate the directive

> ........ 11:12 AM
> Dr. LeFebrve called in yesterday and didn't connect and I asked Ben to reach back out to her. Would you make sure that you can chat with her and explain to her when you and Ben or Justin are planning to meet with the faculty members

I will.

I'm just waiting to confirm the interviews from Ben.

> ........ 9:.. AM
> When you have a minute I wanted to share with you a letter I received from Debra Arnold

Okay.

> 7/1..... 7:43 ...
> Please come by my office first thing tomorrow. Thanks.

Okay

> What time will you be coming by?
> Delivered

9:45.